# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **OHIO HOSPITAL INSURANCE COMPANY,** | **CASE NO. 1:05CV151** |
| Plaintiff, | |
| | **Judge John M. Manos** |
| vs. | |
| **CNA FINANCIAL CORPORATION, et al.,** | |
| Defendants. | **ORDER** |

Pursuant to the Memorandum of Opinion issued in the above-captioned case this date, the Defendants' Motion to Dismiss is **GRANTED**. The case is dismissed with prejudice.

**IT IS SO ORDERED.**

Date: May 24, 2005         */s/ John M. Manos*
                           **UNITED STATES DISTRICT JUDGE**